

EXHIBIT
1
_____

| | |
|---|---|
| **From:** | Jason Lee |
| **To:** | Brent Siler |
| **Cc:** | John D. Woods III; Jason Lee |
| **Subject:** | RE: Isabella D. Repass v. Alloy Fasteners; Allesco Industries Inc and Andrew Brewer - Complaint and Discovery etc. |
| **Date:** | Friday, May 23, 2025 11:08:47 AM |
| **Attachments:** | image001.png |

That is fine, I just want to make clear my position that it is an improper removal and the relief I will be requesting from the Court. Have a good weekend.

*Jason A. Lee,*
*Attorney-at-Law*



Burrow Lee, PLLC

651 S. Mt Juliet Rd, #194
Mount Juliet, TN 37122
Direct Dial: (615)540-1004
Cell: (615)403-2116
Fax: (615)866-6927
Email: jlee@burrowlee.com
Website ♦ LinkedIn

*NOTICE: This email may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this email in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.*

**From:** Brent Siler <Brent.Siler@arlaw.com>
**Sent:** Friday, May 23, 2025 11:07 AM
**To:** Jason Lee <jlee@burrowlee.com>
**Cc:** John D. Woods III <John.Woods@arlaw.com>
**Subject:** RE: Isabella D. Repass v. Alloy Fasteners; Allesco Industries Inc and Andrew Brewer - Complaint and Discovery etc.

I understand your position, but I think we have reasonable grounds for removal, and we are moving forward with it.
Thanks,
Brent

**From:** Jason Lee <jlee@burrowlee.com>
**Sent:** Friday, May 23, 2025 10:47 AM
**To:** Brent Siler <Brent.Siler@arlaw.com>

**Cc:** John D. Woods III <John.Woods@arlaw.com>; Jason Lee <jlee@burrowlee.com>
**Subject:** RE: Isabella D. Repass v. Alloy Fasteners; Allesco Industries Inc and Andrew Brewer - Complaint and Discovery etc.
**Importance:** High

Brent,

I certainly disagree. He touched my client's body without her permission in a way that was offensive to her. That was clearly pled and that is battery under Tennessee law. A battery claim and the other facts support those other claims as well.

I will be pursuing all relief and remedies available against the Defendants if they try this, because that is an improper removal. Pursuant to 28 USC § 1447, I will be seeking all attorney fees and costs for the improper removal.

Thanks,
Jason

*Jason A. Lee,*
**Attorney-at-Law**



651 S. Mt Juliet Rd, #194
Mount Juliet, TN 37122
Direct Dial: (615)540-1004
Cell: (615)403-2116
Fax: (615)866-6927
Email: jlee@burrowlee.com
Website ⬧ LinkedIn

*NOTICE: This email may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this email in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.*

---

**From:** Brent Siler <Brent.Siler@arlaw.com>
**Sent:** Friday, May 23, 2025 10:40 AM
**To:** Jason Lee <jlee@burrowlee.com>
**Cc:** John D. Woods III <John.Woods@arlaw.com>
**Subject:** RE: Isabella D. Repass v. Alloy Fasteners; Allesco Industries Inc and Andrew Brewer - Complaint and Discovery etc.

I do not think you can plausibly plead claims of NIED, IIED, and battery against an individual defendant based on garden-variety sexual harassment allegations.  We will argue that there is diversity jurisdiction and that brewer has not been properly joined.

---

**From:** Jason Lee <jlee@burrowlee.com>
**Sent:** Friday, May 23, 2025 10:12 AM
**To:** Brent Siler <Brent.Siler@arlaw.com>
**Cc:** John D. Woods III <John.Woods@arlaw.com>; Jason Lee <jlee@burrowlee.com>
**Subject:** RE: Isabella D. Repass v. Alloy Fasteners; Allesco Industries Inc and Andrew Brewer - Complaint and Discovery etc.

Brent,

I am confused - you cannot remove this case to Federal Court. Andrew Brewer is a Tennessee resident. There is no diversity. There are also no Federal claims.

Thanks,
Jason

*Jason A. Lee,*
**Attorney-at-Law**



651 S. Mt Juliet Rd, #194
Mount Juliet, TN 37122
Direct Dial: (615)540-1004
Cell: (615)403-2116
Fax: (615)866-6927
Email: jlee@burrowlee.com
Website ⬥ LinkedIn

*NOTICE:  This email may constitute an attorney-client communication that is privileged at law.  It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this email in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.*

---

**From:** Brent Siler <Brent.Siler@arlaw.com>
**Sent:** Friday, May 23, 2025 10:08 AM
**To:** Jason Lee <jlee@burrowlee.com>
**Cc:** John D. Woods III <John.Woods@arlaw.com>

**Subject:** RE: Isabella D. Repass v. Alloy Fasteners; Allesco Industries Inc and Andrew Brewer - Complaint and Discovery etc.

<span style="background:black;color:black">████████████████████████████████████████████████</span>

<span style="background:black;color:black">███████████████████</span>

I believe we are going to remove this matter to federal court on Tuesday, which should put our need to answer on hold.   I would be happy to get an agreed date on the answers and discovery, but it may make sense to wait until we have briefed the removal issue and know which court we are going to be in.

<span style="background:black;color:black">██████████████████████████████████████████████████</span>

<span style="background:black;color:black">███████████████████████</span>

Thanks,
Brent

### BRENT SILER

**Partner**

**E:** Brent.Siler@arlaw.com
**O:** 901.524.5273
6075 Poplar Avenue, Suite 700
Memphis, TN 38119



adamsandreese.com

